UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN, | Case No. 18-cv-06880-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARK BOEGGENECKER, et al., | |
| Defendants. | |

This action is dismissed without prejudice because plaintiff failed to pay the filing fee or file an application to proceed *in forma pauperis*.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 26, 2019

_____
SUSAN ILLSTON
United States District Judge